

June 12, 2019

**Via ECF**
Chief Judge Carla E. Craig
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East – Suite 1595
Brooklyn, NY 11201-1800

Re:   In re Marita Ingram
      Case No. 19-41164 (CEC)
      **Withdrawal of Motion for Stay Relief**

Dear Chief Judge Craig:

Our office serves as counsel to DRRF Trust 2015-1 US Bank National Association as Trustee (the "Secured Creditor") in the above-referenced bankruptcy proceeding. Please allow this letter to confirm the withdrawal of the Secured Creditor's Motion for Stay Relief [Dkt No. 20] currently returnable June 13, 2019 at 2:30 p.m.

Please do not hesitate to have a member of Your Honor's staff contact our office if you have any questions or require additional information.

Best Regards,
*/s/Thomas J. Frank*
Thomas J. Frank


cc: Erin E. Wietecha, Esq. (via ECF)

---